Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Richard R. Barker
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY - 3 2022

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | 2:21-CR-124-TOR |
|---|---|
| Plaintiff, | SUPERSEDING INDICTMENT |
| v. | Vio.: 18 U.S.C. §§ 113(a)(3), 1153 Assault with a Dangerous Weapon in Indian Country (Count 1) |
| DYLEN JOSEPH SWAN, | |
| Defendant. | 18 U.S.C. §§ 113(a)(6), 1153 Assault Resulting in Serious Bodily Injury in Indian Country (Count 2) |
| | 18 U.S.C. § 1951 Robbery Affecting Commerce (Count 3) |
| | 18 U.S.C. § 981 28 U.S.C. § 2461 Forfeiture Allegations |

The Grand Jury charges:

COUNT 1

On or about August 19, 2021, in the Eastern District of Washington, within the external boundaries of the Colville Indian Reservation, in Indian country, the

SUPERSEDING INDICTMENT – 1

Defendant, DYLEN JOSEPH SWAN, an Indian, did intentionally assault M.C. with a dangerous weapon, to wit: a firearm, with intent to do bodily harm, all in violation of 18 U.S.C. §§ 113(a)(3), 1153.

## COUNT 2

On or about August 19, 2021, in the Eastern District of Washington, within the exterior boundaries of the Colville Indian Reservation, in Indian country, the Defendant, DYLEN JOSEPH SWAN, an Indian, did intentionally assault M.C., resulting in serious bodily injury to M.C., all in violation of 18 U.S.C. §§ 113(a)(6), 1153.

## COUNT 3

On or about August 20, 2021, in the Eastern District of Washington, the Defendant, DYLEN JOSEPH SWAN, did unlawfully obstruct, delay and affect commerce, as that term is defined in 18 U.S.C. § 1951, and the movement of articles and commodities in such commerce, by robbery, as that term is defined in 18 U.S.C. § 1951, in that the Defendant DYLEN JOSEPH SWAN knowingly and unlawfully did take and obtain personal property consisting of various grocery items belonging to Rosauers Supermarket, located at 1803 W. 3rd Avenue, Spokane, Washington, from the presence of an employee against his will by means of actual and threatened force, violence, and fear of injury, immediate and future, to his person, while the employee was engaged in commercial activities as an employee of Rosauers Supermarket, a business that was engaged in and that affects interstate and foreign commerce, all in violation of 18 U.S.C. § 1951.

## NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), upon conviction of a violation of 18 U.S.C. § 1951, as set forth in Count 3 of this

SUPERSEDING INDICTMENT – 2

Indictment, the Defendant, DYLEN JOSEPH SWAN, shall forfeit to the United States of America, any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

If any of the property described above, as a result of any act or omission of the Defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

DATED this 3 day of May 2022.

                                            A TRUE BILL

*Vanessa Waldref*
Vanessa R. Waldref
United States Attorney

*R. R. Barker*
Richard R. Barker
Assistant United States Attorney

SUPERSEDING INDICTMENT – 3