# CHARGES AND PENALTIES

**CASE NAME:** DYLEN JOSEPH SWAN          **CASE NO.** 2:21-CR-124-TOR-1

TOTAL # OF COUNTS: 3          ☑ FELONY    ☐ MISDEMEANOR    ☐ PETTY OFFENSE

| Count | Statute | Description of Offense | Penalty |
|---|---|---|---|
| 1 | 18 U.S.C. §§ 113(a)(3), 1153 | Assault with a Dangerous Weapon in Indian Country | CAG not more than 10 years; a fine up to $250,000; 3 years of supervised release; and a $100 special penalty assessment |
| 2 | 18 U.S.C. §§ 113(a)(6), 1153 | Assault Resulting in Serious Bodily Injury in Indian Country | CAG not more than 10 years; a fine up to $250,000; 3 years of supervised release; and a $100 special penalty assessment |
| 3 | 18 U.S.C. § 1951 | Robbery Affecting Commerce | CAG not more than 20 years; a fine up to $250,000; 3 years of supervised release; and a $100 special penalty assessment |
| | 18 U.S.C. § 981 28 U.S.C. § 2461 | Forfeiture Allegations | |
| | | | |
| | | | |
| | | | |